UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ACCESS DISABILITY, LLC                    )
                                          )
                          Plaintiff,      )
                                          )
            v.                            )
                                          ) Civil No. 4:13CV223  CEJ
                                          )
SOCIAL SECURITY ADMINISTRATION,           )
                                          )
                          Defendant.      )


**<u>DEFENDANT'S MOTION TO DISMISS</u>**

COMES NOW Defendant, the Social Security Administration ("agency"), and hereby respectfully moves this Honorable Court to dismiss Plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).  The Court should dismiss the Complaint for mootness.  A supporting memorandum of law accompanies this motion.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney
        */s/ Jane Rund*
By_____
 JANE RUND, BAR #47298 MO
 Assistant United States Attorney
 111 S. 10th Street, Suite 20.333
 St. Louis, Missouri 63102
 (314) 539-7636
 (314) 539-2777 FAX
 Email: Jane.Rund@usdoj.gov

OF COUNSEL
Kristi A. Schmidt
Chief Counsel, Region VII
Social Security Administration

By
  Martha Bohn Budetti #43929
  Assistant Regional Counsel

  Andrew F. Maunz #0083832 OH
  Attorney
  Social Security Administration
  Office of General Law
  Baltimore, Maryland

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2013, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

  David D. Camp
  230 S. Bemiston Avenue, Suite 810
  St. Louis, Missouri 63105
  Attorney for Plaintiff

     */s/ Jane Rund*

     _____
     JANE RUND #47298 MO
     Assistant United States Attorney